MICHAEL A. HALLIDAY, OSB# 04561
Mills Jacobson Halliday, PC
715 Commercial St. NE
Salem, OR 97301
Telephone (503) 585-2233
Fax (503) 370-8845
mh@mjhlawpc.com
Attorney for Plaintiff

FILED '09 SEP 21 12:19 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LINDA LACEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

08-cv-6311

**ORDER**

Attorney fees in the amount of $4,209.31 and costs in the amount of $18.21 for a total of $4,227.52 is hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 USC §2412(d).

Dated this 18th day of September, 2009.

_____
United States District Judge

Submitted on September 17, 2009 by:

/s/ Michael A. Halliday
Michael A. Halliday, OSB#04561
Telephone (503) 585-2233
Attorney for Plaintiff